

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Jeanine Conley Daves
212.583.9600 main
347.803.5239 mobile
267.285.4321 fax

November 1, 2024

**VIA ECF**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Emanuel Williams v. Saks Fifth Avenue Corporation*
      Case No. 24-cv-03701 (DLC)

Dear Judge Cote:

This firm represents Defendant Saks Fifth Avenue Corporation ("Saks") in the above referenced matter. We write to request an adjournment of the Pre-Trial Conference scheduled for November 1, 2024 as I am ill with Covid. Apologies for the late notification and I am attempting to contact opposing counsel to notify them of the adjournment. My paralegal contacted your law clerk and he advised that he would let you know and to file this letter on the docket.

Respectfully submitted,

/s/ *Jeanine Conley Daves*

Jeanine Conley Daves

Enclosure

cc:   Evan Brustein, Esq.

*[Handwritten note: The conference is adjourned to November 14 at 11:00 a.m.*
*Denise Cote*
*11/1/24]*

littler.com