

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Jeanine Conley Daves
212.583.9600 main
347.803.5239 mobile
267.285.4321 fax

November 12, 2024

**VIA ECF**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Emanuel Williams v. Saks Fifth Avenue Corporation*
Case No. 24-cv-03701 (DLC)

Dear Judge Cote:

This firm represents Defendant Saks Fifth Avenue Corporation ("Saks") in the above referenced matter. Pursuant to Rule 1E of Your Honor's Individual Rules of Practice, we write with the consent of Plaintiff's counsel to request an adjournment of the Initial Conference scheduled for Thursday, November 14, 2024 at 11:00AM until after the parties' first mediation session scheduled on December 10, 2024. This is the second request for an adjournment of the Initial Conference. On November 1, 2024, Your Honor granted Defendant's request for an adjournment due to illness (Dkt. No. 22).

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeanine Conley Daves*

Jeanine Conley Daves

Enclosure

cc:   Evan Brustein, Esq.

*Handwritten note:* The conference is adjourned to 12/12 at 11:00 am. There shall be no further adjournment.
Denise Cote
11/13/24

littler.com