```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EMANUEL WILLIAMS,                        :
                                         :
                        Plaintiff,       :   24cv3701 (DLC)
            -v-                          :
                                         :   ORDER
SAKS FIFTH AVENUE CORPORATION, et al.,   :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 14, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         December 13, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge